(102 So. 603)

### Ex parte Ted ALLEN. (4 Div. 189.)

(Supreme Court of Alabama. Jan. 15, 1925.)

Certiorari to Court of Appeals.
See, also, 102 So. 602.

Powell & Reid, of Andalusia, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Ted Allen for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Allen v. State, 102 So. 602. Writ denied.

ANDERSON, C. J., and GARDNER, THOMAS, and MILLER, JJ., concur.